[No. 32271-8-III.   Division Three.   June 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY D. FAWVER, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32355-2-III.   Division Three.   June 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN JUAREZ, JR, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 31440-5-III.   Division Three.   June 11, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE RICHARD BUCKMAN, *Appellant*.

*Affirmed* by unpublished opinion per Fearing, J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 70168-1-I.   Division One.   June 15, 2015.]

THE STATE OF WASHINGTON, *Respondent* v. MICHAEL JOSEPH LECLECH, *Appellant*.

*Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Appelwick, JJ.